# In the United States District Court for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JANICE D. ROBERTS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-25 |
| | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge, (dkt. no. 3), is **ADOPTED** as the opinion of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **TRANSFERS** this case to this Court's Statesboro Division.

**SO ORDERED**, this 19 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)